


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

July 14, 2021

7/19/21

Defendant should be Arraigned in Magistrate Court. The Court will hold A pretrial conference September 14, 2021 At 10:45 Am Time excluded through Sept. 14, in the Interest of justice, to facilitate the review of discovery, and plea discussions.

**BY CM/ECF**

The Honorable Colleen McMahon.
United States District Judge
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

Re: *United States v. Francisco Maldonado-Guzman*, 21 Cr. 448 (CM)

Dear Judge McMahon:

The parties respectfully request that an arraignment and initial pretrial conference be scheduled for July 20, 2021 in the afternoon, July 21, 2021 in the afternoon, July 22, 2021, or July 23, 2021.

The Government also respectfully requests that time be excluded under the Speedy Trial Act from July 14, 2021 until the date of the pretrial conference, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). During this time, the Government expects that the parties will beging to produce, receive, and review discovery. For these reasons, the Government submits that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. Jonathan Marvinny, Esq., counsel for the defendant, has consented to this exclusion of this time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/ Jeffrey C. Coffman
Jeffrey C. Coffman
Assistant United States Attorney
Tel.: (914) 993-1940

*[signed] Colleen McMahon*

Cc: Jonathan Marvinny, Esq.
By ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/21