# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2022

By ECF

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten: 6/2/22 Permission to attend funeral as requested herein granted. So ordered. [signature] U.S.D.J. 6/2/22]*

Re: *United States v. Franciso Maldonado-Guzman*, 21 Cr. 448 (CM)

Dear Judge McMahon:

I write to respectfully request that the Court permit Francisco Maldonado-Guzman to attend his cousin's funeral on June 3, 2022, from 5:00 p.m. to 8:00 p.m. in Manhattan. Pretrial and the Government have no objection to this request. Mr. Maldonado-Guzman, who is charged with illegal reentry, is on home detention so requires the Court's permission to attend the funeral.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Jeffrey C. Coffman, Esq.
    Ashley Cosme, Pretrial Services